UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  2:25–cv–12153–MWF–AS          Date     February 6, 2026

Title     DAWN STEVENS V. GOLDEN FIELD RESTAURANTS, LLC ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                         Not Reported;
       Courtroom Deputy                      Court Reporter

   Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
            None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

In light of the Default By Clerk entered on 2/6/26 (as to Golden Field Restaurants, LLC), the Court sets a hearing for Order To Show Cause Re Default Judgment for March 9, 2026 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

   **IT IS SO ORDERED.**

Initials of Clerk:  rs